RECEIVED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

6 - 00 196 - 198 - CR

3-1-15

To the Court,

My name is Randy Say Hofstetter TDC# 1950633 im currley at the Tarront Co Jail. and im writing to ask for more time in to Perpar my Pro SE Brief as I dont have accasue to the Law Libraray at this time I thany you ahead of time for any help on this matter thany you for your time

Randy Hofstetter

FILED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk